# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**19**
**CA 13-00868**

PRESENT: SCUDDER, P.J., SMITH, CENTRA, CARNI, AND WHALEN, JJ.

---

LORI PILATO, PLAINTIFF-APPELLANT,

V                                                                    ORDER

ERIE COUNTY MEDICAL CENTER AND ALLPRO
PARKING, LLC, DEFENDANTS-RESPONDENTS.

---

TRONOLONE & SURGALLA, P.C., BUFFALO, LAW OFFICE OF GERARD A. STRAUSS, HAMBURG (GERARD A. STRAUSS OF COUNSEL), FOR PLAINTIFF-APPELLANT.

LAW OFFICE OF LAURIE G. OGDEN, BUFFALO (DANIEL J. CAFFREY OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Erie County (Deborah A. Chimes, J.), entered December 26, 2012 in a personal injury action. The order granted defendants' motion for summary judgment dismissing the complaint.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  February 7, 2014                    Frances E. Cafarell
                                              Clerk of the Court